IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, § | |
|     Plaintiff, § | |
| v. § | Civil Action No. 3:21-CV-2846-BH |
| §  | |
| OFFER, LLC, and § | |
| MICHAEL SCHUTZE, § | |
|     Defendants. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's Amended Petition for Plaintiff's Failure to State a Claim and Memorandum in Support and Request to Declare Joe Hunsinger, a Vexatious Litigant*, filed June 14, 2022 (doc. 26), is **GRANTED IN PART**. The plaintiff's claims will be **DISMISSED with prejudice** by separate judgment. The motion to declare him a vexatious litigant and to sanction him is **DENIED.**

**SIGNED** this 6th day of January, 2023.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**